■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO ESCALONA, Appellant. [805 NYS2d 845]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered January 14, 2004, convicting him of criminal contempt in the first degree (eight counts) and stalking in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his convictions on three counts of criminal contempt in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Ritter, J.P., Rivera, Spolzino and Covello, JJ., concur.